# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PHYLLIS POLLARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METRO DENTAL, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No.<br><br>1:14-CV-02796-LMM |

### DEFENDANT'S PARTIAL RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

**COMES NOW**, Metro Dental, LLC, (hereinafter "Defendant" or "Metro Dental") and submits the following in partial response to Plaintiff's Motion for Extension of Time to File Plaintiff's Motion for Attorney's Fees (hereinafter "Motion") and respectfully shows the Court as follows:

1.

The Defendant received notice of Plaintiff's Motion for Extension of Time to File Plaintiff's Motion for Attorney's Fees yesterday afternoon.

2.

The Defendant denies the allegations of Plaintiff's Motion and objects to any extension of time with regard to any applicable deadline for Plaintiff to file any Motion for Attorney's Fees or costs.

3.

The Defendant has the right under Local Rule 7.1 to have fourteen (14) days after service of Motion to respond, and Defendant intends to supplement its response within said fourteen (14) day deadline.

4.

Given the fact that this is a holiday weekend and Plaintiff appears to be requesting an immediate ruling from the Court, Defendant felt obligated to respond in some manner; however, the Defendant has not had adequate time to fully research and fully respond to the Plaintiff's Motion and the Defendant desires to respond more fully and objects to any ruling of the Court prior to the above said fourteen (14) day deadline for Defendant's response.

5.

The Defendant further notes that this matter is not an emergency, and Plaintiff has not shown any good cause as to why this is an emergency or any good cause as to why Plaintiff's Motion should be granted. Further, the Plaintiff has had adequate time to file any Motion for Attorney's fees.

**WHEREFORE**, Defendant respectfully requests:

(a) That the Court deny the Plaintiff's Motion for Extension of Time;

(b) That the Court refrain from ruling on Plaintiff's Motion for Extension of Time until Defendant has had the opportunity to more fully respond and that the Court would not rule earlier than fourteen (14) days after the date of service of Plaintiff's Motion for Extension of Time; and

(c) That the Court grant such other and further relief as may be equitable and just under the circumstances.

This 27th day of May, 2016.

SMITH, WELCH, WEBB & WHITE

By: /s/ Grant E. McBride
Grant E. McBride
Ga. Bar No. 109812
grant.mcbride@gmail.com
A. J. "Buddy" Welch, Jr.
Georgia Bar No. 746800
bwelch@smithwelchlaw.com
Attorneys for Defendant

2200 Keys Ferry Court
P.O. Box 10
McDonough, Georgia 30253
Office: (770) 957-3937
Fax: (678) 583-4888

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PHYLLIS POLLARD,<br><br>    Plaintiff,<br><br>v.<br><br>METRO DENTAL, LLC,<br><br>    Defendant. | Civil Action No.<br>1:14-CV-02796-LMM |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND AND FOR ATTORNEY FEES** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

    Kimberly N. Martin
    Thomas F. Martin
    MARTIN & MARTIN, LLP
    P.O. Box 1070
    Tucker, GA 30085-1070
    *Attorneys for the Plaintiff*

This 27th day of May, 2016.

                                          SMITH, WELCH, WEBB & WHITE

                                          By:   /s/ Grant E. McBride
                                                    Grant E. McBride

- 5 -

                                        Ga. Bar No. 109812
                                        grant.mcbride@gmail.com
                                        A. J. "Buddy" Welch, Jr.
                                        Georgia Bar No. 746800
                                        bwelch@smithwelchlaw.com
                                        Attorneys for Defendant

2200 Keys Ferry Court
P.O. Box 10
McDonough, Georgia 30253
Office: (770) 957-3937
Fax: (678) 583-4888

- 5 -