# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PHYLLIS POLLARD,         )<br>                          )<br>         Plaintiff,     )<br>                          )<br> v.                       )<br>                          )<br> METRO DENTAL, LLC,       )<br>                          )<br>         Defendant.    )<br>                          ) | Civil Action No.<br><br>1:14-CV-02796-LMM |

## SATISFACTION OF ALL JUDGMENTS

**COMES NOW**, Phyllis Pollard, Plaintiff in the above-styled action, by and through her undersigned counsel of record, and hereby acknowledges that all judgments in this matter, including but not limited to the April 28, 2016 Judgment on Jury Verdict, the Amended Judgment entered on August 22, 2016, as well as the Judgment entered on September 29, 2016, have been satisfied via settlement with the Defendant. The Plaintiff further states that the Clerk of the Court is hereby authorized and directed to mark all Judgments in this matter satisfied.

This 15th day of December, 2016.

MARTIN & MARTIN, LLP

By:   /s/ Kimberly N. Martin
Kimberly N. Martin
Ga. Bar No. 473410
kimberlymartinlaw@gmail.com
Thomas F. Martin

{Doc: 01714904.DOCX}- 1 -

                                                      Georgia Bar No. 482595
                                                      tfmartinlaw@msn.com
                                                      *Attorneys for Plaintiff*

P.O. Box 1070
Tucker, Georgia 30085
Office: (404) 313-5538
Fax: (770) 837-2678

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PHYLLIS POLLARD,       )<br>                                        )<br>         Plaintiff,           )<br>                                        )<br>v.                                    )<br>                                        )<br>METRO DENTAL, LLC,  )<br>                                        )<br>         Defendant.        )<br>                                        ) | Civil Action No.<br>1:14-CV-02796-LMM |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing **SATISFACTION OF ALL JUDGMENTS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

A.J. "Buddy" Welch, Jr.
Grant E. McBride
Smith, Welch, Webb & White
2200 Keys Ferry Court
P.O. Box 10
McDonough, Georgia 30253
*Attorneys for the Defendant*

Aubrey Thompson Villines, Jr.
Office of Aubrey T. Villines, Jr.
2900 Chamblee Tucker Road
Park Ridge 85, Building One
Atlanta, GA 30341
*Attorney for the Defendant*

Jeffrey Filipovits
Filipovits Law Firm, P.C.
Building 1
2900 Chamblee-Tucker Road
Atlanta, GA 30341
*Attorney for the Defendant*

This 15th day of December, 2016.

                                           MARTIN & MARTIN, LLP

                        By:   /s/ Kimberly N. Martin
                              Kimberly N. Martin
                              Ga. Bar No. 473410
                              kimberlymartinlaw@gmail.com
                              Thomas F. Martin
                              Georgia Bar No. 482595
                              tfmartinlaw@msn.com
                              *Attorneys for Plaintiff*

P.O. Box 1070
Tucker, Georgia 30085
Office: (404) 313-5538
Fax: (770) 837-2678